1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   Assistant United States Attorney
5
     450 Golden Gate Avenue Box 36055
6    San Francisco, CA 94102
     Telephone: (415) 436–6767
7    michael.wang@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. 3–07–70559 EDL
                                     )
14           Plaintiff,              )
                                     )    STIPULATION AND [PROPOSED] ORDER
15      v.                           )    EXTENDING TIME FOR PRELIMINARY
                                     )    EXAMINATION
16  EDMUND JEW,                      )
                                     )
17           Defendant.              )
                                     )
18  _____ )

19       On September 21, 2007, defendant Jew made his initial appearance before this

20  Court in connection with the above-captioned Criminal Complaint.  The Court set the

21  matter for preliminary hearing, or arraignment on an indictment, on October 11, 2007.

22       The parties now jointly request that the Court grant a continuance of thirteen (13)

23  days of the preliminary hearing/arraignment date.  The parties agree and stipulate that the

24  additional time will give the United States the opportunity to provide limited discovery to

25  the defense and afford all parties the opportunity to explore the possibility of a pre-

26  indictment resolution.  The parties further agree and stipulate that in light of the multiple

27  legal proceedings involving defendant Jew, defense counsel will require the additional

28  time for effective preparation.

STIPULATION AND [PROPOSED] ORDER
No. 3–07–70559 EDL                    1

1    Defendant Jew stipulates and agrees that he is aware that he has the right, pursuant

2   to Rule 5.1(c) and 18 U.S.C. § 3060(b)(2), to a preliminary hearing within twenty days of

3   his initial appearance.  Defendant Jew further stipulates and agrees that he is aware that

4   18 U.S.C. § 3161(b) requires that within thirty days of his initial appearance on the

5   Complaint, the government must bring an indictment or information containing the

6   charges alleged in the Complaint.

7    The parties hereby stipulate and agree that pursuant to Rule 5.1(d) and 18 U.S.C. §

8   3060(c), there is good cause to continue the preliminary examination.  The parties also

9   stipulate and agree that the Court should extend the 30-day deadline for indictment

10  prescribed by 18 U.S.C. § 3161(b).  The parties further stipulate and agree that in light of

11  the multiple charges filed against defendant Jew—including the federal Criminal

12  Complaint, criminal charges filed by the San Francisco District Attorney, civil

13  proceedings pursued by the San Francisco City Attorney, and misconduct proceedings

14  before the San Francisco Ethics Commission—defense counsel will require additional

15  time for effective preparation, taking into account the exercise of due diligence, within

16  the meaning of 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

17   Accordingly, the parties jointly request that the Court continue the preliminary

18  hearing/arraignment date from October 11, 2007, to October 24, 2007.

19
20                              Respectfully submitted,

21
22  Date: September 28, 2007        /S/ Michael Li-Ming Wang
                                    MICHAEL LI-MING WANG
23                                  Assistant United States Attorney

24  Date: September 28, 2007        /S/ Steven F. Gruel
25                                  STEVEN F. GRUEL
                                    Counsel for Defendant Edmund Jew

26
27  Date: September 28, 2007        /S/ Edmund Jew
                                    EDMUND JEW
28                                  Defendant

STIPULATION AND [PROPOSED] ORDER
No. 3–07–70559 EDL              2

1

## [PROPOSED] ORDER

2      Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that

3 this matter be continued from October 11, 2007, to October 24, 2007.

4      IT IS FURTHER ORDERED, based upon the agreement and stipulation of the

5 parties, that the twenty-day time limit for preliminary examination under Federal Rule of

6 Criminal Procedure 5.1(c) and 18 U.S.C. § 3060(b)(2), as well as the thirty-day time limit

7 for information or indictment under 18 U.S.C. § 3161(b), be extended from October 11,

8 2007, to October 24, 2007.

9      Based on the parties' stipulation and pursuant to Rule 5.1(d) and 18 U.S.C. §

10 3060(c), the Court finds that defendant Jew consents to the continuance of his preliminary

11 examination, and the Court also finds that there is good cause to grant this continuance.

12      The Court further finds that failure to grant the continuance would deny defense

13 counsel reasonable time necessary for effective preparation, taking into account the

14 exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).  Pursuant

15 to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by granting

16 the requested continuance outweigh the best interest of the public and the defendant in a

17 speedy trial and in the prompt disposition of criminal cases.

18

19

20 DATED: _____         _____
                                    HON. ELIZABETH D. LAPORTE
21                                  United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 3–07–70559 EDL                3