1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   TRACIE L. BROWN (CSBN 184339)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue Box 36055
      San Francisco, CA 94102
7     Telephone: (415) 436–6767
      michael.wang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 07-00705 SI
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [PROPOSED] ORDER
       v.                           )   CONTINUING HEARING DATE AND
16                                  )   EXCLUDING TIME (18 U.S.C.
   EDMUND JEW,                      )   § 3161(H)(8))
17                                  )
          Defendant.                )
18                                  )
                                    )
19  ─────────────────────────────────

20        The parties are currently scheduled to make their first District Court appearance

21  before this Court on Friday, November 9, 2007. The parties hereby jointly request that

22  the Court continue the first appearance date to Friday, November 30, 2007, in light of the

23  travel schedule of both parties' counsel (who will be out of town on the intervening

24  Fridays), as well as the need to supply and review discovery in the matter.

25        The parties further stipulate and agree that in light of the multiple charges filed

26  against defendant Jew—including the federal Indictment, criminal charges filed by the

27  San Francisco District Attorney, civil proceedings pursued by the San Francisco City

28  Attorney and now authorized by the California Attorney General, and misconduct

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00705 SI                    1

proceedings before the San Francisco Ethics Commission—defense counsel will require additional time for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A). Further, failure to grant the requested continuance would deny both the defendant and the government continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the parties jointly request that the Court continue the first District Court hearing date from November 9, 2007, to November 30, 2007.

Respectfully submitted,

Date: _____
MICHAEL LI-MING WANG
Assistant United States Attorney

Date: _____
STEVEN F. GRUEL
Counsel for Defendant Edmund Jew

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be continued from November 9, 2007, at 11:00 a.m., to November 30, 2007, at 11:00 a.m.

The Court further finds, based on the parties' stipulation, that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny both parties continuity of counsel. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and the prompt disposition of criminal cases.

DATED: _____
THE HON. SUSAN ILLSTON
United States District Judge