SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6767
    michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> EDMUND JEW, <br>     Defendant. | No. CR 07-00705 SI <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME (18 U.S.C. § 3161(H)(8)) |

    The parties are currently scheduled to make their first District Court appearance before this Court on Friday, November 9, 2007. The parties hereby jointly request that the Court continue the first appearance date to Friday, November 30, 2007, in light of the travel schedule of both parties' counsel (who will be out of town on the intervening Fridays), as well as the need to supply and review discovery in the matter.

    The parties further stipulate and agree that in light of the multiple charges filed against defendant Jew—including the federal Indictment, criminal charges filed by the San Francisco District Attorney, civil proceedings pursued by the San Francisco City Attorney and now authorized by the California Attorney General, and misconduct

1  proceedings before the San Francisco Ethics Commission—defense counsel will require
2  additional time for effective preparation, taking into account the exercise of due
3  diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A).  Further, failure to grant the
4  requested continuance would deny both the defendant and the government continuity of
5  counsel, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

6  Accordingly, the parties jointly request that the Court continue the first District
7  Court hearing date from November 9, 2007, to November 30, 2007.

Respectfully submitted,

Date:  11/7/07                              /s/
                                           MICHAEL LI-MING WANG
                                           Assistant United States Attorney


Date:  1/7/07                               /s/
                                           STEVEN F. GRUEL
                                           Counsel for Defendant Edmund Jew

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that this matter be continued from November 9, 2007, at 11:00 a.m., to November 30, 2007, at 11:00 a.m.

The Court further finds, based on the parties' stipulation, that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny both parties continuity of counsel.  Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and the prompt disposition of criminal cases.


DATED: _____               _____
                                    THE HON. SUSAN ILLSTON
                                    United States District Judge