1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   TRACIE L. BROWN (CSBN 184339)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue Box 36055
       San Francisco, CA 94102
7      Telephone: (415) 436–6767
       michael.wang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )    No. CR 07-00705 SI
14                                   )
          Plaintiff,                 )
15                                   )    NOTICE OF ADDITIONAL COUNSEL
      v.                             )
16                                   )
   EDMUND JEW,                       )
17                                   )
          Defendant.                 )
18                                   )
                                     )
19 _____

20

21     This is to notify the Court and all parties that effective immediately, Assistant

22 United States Attorney (AUSA) Tracie L. Brown will be representing the United States

23 the above-captioned case, in addition to AUSA Michael Li-Ming. Please include AUSA

24 Brown in all future correspondence, pleadings, and notices.

25 ///

26 ///

27 ///

28 ///

NTC. OF ADD'L COUNSEL
No. CR 07-00705 SI                    1

1 AUSA Brown's information is as follows:

Tracie L. Brown
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234
Email: tracie.brown@usdoj.gov

DATED: November 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MICHAEL LI-MING WANG
TRACIE L. BROWN
Assistant United States Attorneys