**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/30/07

Case No.   CR-07-0705 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDMUND JEW (NC)(P)

Attorneys:   M. Wong            S. Gruel

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                PART

Case continued to **1/18/08 @ 11:00 a.m.**  for Further Status/Trial Setting

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**        **Delay ends:**
(                )

ORDERED AFTER HEARING:
Counsel needs time to review the discovery before setting a trial date.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )