SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6767
    michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>EDMUND JEW,<br>    Defendant. | No. CR 07-00705 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 30, 2007 TO JANUARY 18, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(H)(8)) |

    The parties made their first District Court appearance on Friday, November 30, 2007. At that time, the parties reported on the status of discovery, and jointly requested that the Court set another status hearing on January 18, 2008. The parties further stipulated and agreed as follows:

    1.    The parties agreed to an exclusion of time under the Speedy Trial Act from November 30, 2007 to January 18, 2008, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation,

taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant, and would deny the defendant continuity of counsel.

2. Counsel for both parties are unavailable at the end of December, and the Court is unavailable the first two Fridays in January.  Accordingly, the next available date for a meaningful status hearing will be Friday, January 18, 2008 at 11:00 a.m.

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 30, 2007 to January 18, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Respectfully submitted,

Date: 12/3/07        /s/
MICHAEL LI-MING WANG
Assistant United States Attorney

Date: 12/3/07        /s/
STEVEN F. GRUEL
Counsel for Defendant Edmund Jew

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that the parties appear for a further status hearing on January 18, 2008, at 11:00 a.m.  It is further ordered that, with the consent of the defendant, the period from November 30, 2007 to January 18, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice served by excluding that time outweigh the best interest of the public and the defendant in a speedy trial and the prompt disposition of criminal cases.

DATED: _____        _____
THE HON. SUSAN ILLSTON
United States District Judge