STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>v. )<br>EDMUND JEW, )<br>      Defendant. ) | No. CR 07-0705 SI<br><br>**ASSOCIATION OF COUNSEL** |

TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT U.S. ATTORNEY MICHAEL LI-MING WANG; AND THE ABOVE-ENTITLED COURT,

Defendant EDMUND JEW hereby requests that attorney STUART HANLON of the Law Offices of Stuart Hanlon, 179 - 11th Street, San Francisco, California be associated in along with Mr. Jew's present attorney STEVEN GRUEL of the Law Offices of Steven Gruel as his attorneys of record.

Dated: December 11, 2007        s/Stuart Hanlon, CSBN: 66104
                                                Attorney for Defendant
                                                EDMUND JEW
                                                179 11th Street, 2nd Floor
                                                San Francisco, CA 94103
                                                415/864-5600
                                                stuart@stuarthanlonlaw.com

*Jew: Association of Counsel*                                                               1

1
2    s/Steven Gruel
     Attorney for Defendant
3    Edmund Jew
     *(Signature approved by telephone)*
     655 Montgomery Street, Suite 1700
4    San Francisco, CA 94104
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   *Jew: Association of Counsel*                                                    2