SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6767
   michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00705 SI |
| )  Plaintiff, ) | |
| ) | MOTION TO UNSEAL AND [PROPOSED] |
| v. ) | UNSEALING ORDER |
| ) | |
| EDMUND JEW, ) | |
| ) Defendant. ) | |
| ) | |

     The government respectfully requests that this Court issue an order unsealing the application and affidavit in support of search warrant (excluding Attachment I) and search warrant (excluding Attachment I), both dated May 18, 2007.  The government is making this request as the defendant has made his initial appearance and has requested that these documents be produced.  The government is not at this time seeking the unsealing of Attachment I, as that document includes the true identities of various sources

///

///

MTN. TO UNSEAL & [PROP.] UNSEALING ORDER
No. CR 07-00705 SI          1

1 | who have provided confidential information to the government.

2 | DATED: December 13, 2007                    Respectfully submitted,

3 |                                             SCOTT N. SCHOOLS
  |                                             United States Attorney
4 |

5 |                                             /s/_____
  |                                             MICHAEL LI-MING WANG
6 |                                             TRACIE L. BROWN
  |                                             Assistant United States Attorneys
7 |

8 |

9 |                          **[PROPOSED] ORDER**

10 |    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the application

11 | and affidavit in support of search warrant (excluding Attachment I) and search warrant

12 | (excluding Attachment I), both dated May 18, 2007, be unsealed by the Clerk of the

13 | Court.

14 |

15 | Dated: December __, 2007           _____

16 |                                    THE HON. SUSAN ILLSTON
                                        United States District Judge