SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

   450 Golden Gate Avenue Box 36055
San Francisco, CA 94102
Telephone: (415) 436–6767
michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00705 SI |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MOTION TO UNSEAL AND [PROPOSED] |
|   v. | ) | UNSEALING ORDER |
| | ) | |
| EDMUND JEW, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

     The government respectfully requests that this Court issue an order unsealing the

application and affidavit in support of search warrant (excluding Attachment I) and

search warrant (excluding Attachment I), both dated May 18, 2007.  The government is

making this request as the defendant has made his initial appearance and has requested

that these documents be produced.  The government is not at this time seeking the

unsealing of Attachment I, as that document includes the true identities of various sources

///

///

1  who have provided confidential information to the government.

2  DATED: December 13, 2007                          Respectfully submitted,

3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
4

5                                                    /s/ _____
                                                     MICHAEL LI-MING WANG
6                                                    TRACIE L. BROWN
                                                     Assistant United States Attorneys
7

8

9                          **[PROPOSED] ORDER**

10        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the application

11  and affidavit in support of search warrant (excluding Attachment I) and search warrant

12  (excluding Attachment I), both dated May 18, 2007, be unsealed by the Clerk of the

13  Court.

14

15  Dated: December __, 2007            _____

16                                      THE HON. SUSAN ILLSTON
                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28