SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6767
    michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00705 SI |
|     Plaintiff, ) | |
| v. ) | *AMENDED* MOTION TO UNSEAL AND [PROPOSED] UNSEALING ORDER |
| EDMUND JEW, ) | |
|     Defendant. ) | |

    The government respectfully requests that this Court issue an order unsealing the application and affidavit in support of search warrant (excluding Attachment I) and search warrant (excluding Attachment I), filed under Case No. 3-07-70292 EDL, both dated May 18, 2007. The government is making this request as the defendant has made his initial appearance and has requested that these documents be produced. The government is not at this time seeking the unsealing of Attachment I,

///

///

as that document includes the true identities of various sources who have provided confidential information to the government.

DATED: December 19, 2007						Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/_____
MICHAEL LI-MING WANG
TRACIE L. BROWN
Assistant United States Attorneys

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the application and affidavit in support of search warrant (excluding Attachment I) and search warrant (excluding Attachment I), filed under Case No. 3-07-70292 EDL, both dated May 18, 2007, be unsealed by the Clerk of the Court.

Dated: December __, 2007				_____
						THE HON. SUSAN ILLSTON
						United States District Judge