STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMUND JEW,<br><br>　　　　Defendant. | No. CR 07-00705 SI<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the attorney of record for the defendant herein, Edmund Jew.

2. Mr. Jew and his family own property in Phoenix, Arizona and he is requesting permission to travel from San Francisco, California to Phoenix, Arizona on February 1, 2008 through February 4, 2008. There are business matters related to the property that have to be dealt with and therefore Mr. Jew is requesting permission to travel.

3. I have spoken with Assistant U.S. Attorney Michael Li-

*JEW: Declaration of Counsel Re Request for Permission to Travel*　　　　1

Ming Wang and Pretrial Services Officer Tim Elder, and they have no objection to Mr. Jew's travel request.

6. It is therefore requested that Mr. Jew be allowed to travel on February 1, 2008 from San Francisco, California to Phoenix, Arizona. He will return to San Francisco on or about February 5, 2008.

Executed this 9th day of January 2008, at San Francisco, California.

                                         s/Stuart Hanlon, CSBN: 66104
                                         Attorney for Defendant
                                         EDMUND JEW
                                         179 - 11th Street, 2nd Fl,
                                         San Francisco CA 94103
                                         415/864-5600
                                         stuart@stuarthanlonlaw.com

```
1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   EDMUND JEW
5
```

6            **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
```
   UNITED STATES OF AMERICA     ) No.  CR 07-00705 SI
9                               )
           Plaintiff,           ) [PROPOSED] ORDER RE MODIFICATION
10                              ) OF PRETRIAL RELEASE CONDITIONS
      v.                        )
11                              )
                                )
12 EDMUND JEW,                  )
                                )
13         Defendant.           )
                                )
14 _____)
```

15       GOOD CAUSE HAVING BEEN SHOWN,

16       **IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from Phoenix, Arizona from Friday, February 1, 2008 through February 5, 2008 for business related matters.  All other conditions of pretrial release remain the same.

Dated: _____        _____
                               MAGISTRATE ELIZABETH D. LAPORTE
                               UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Request for Permission to Travel*          3