STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  CR 07-00705 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE EXCLUDING TIME UNDER** |
| v. | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| | ) | |
| EDMUND JEW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     The case is presently set for January 18, 2008 for status. This matter was set prior to my association of counsel in this case.  I have a dental surgery appointment which was scheduled sometime last year and is at 8:30 a.m. on that day.  It is hereby requested that this matter be continued for one week.

     **IT IS HEREBY STIPULATED** by the parties that time shall be excluded from January 18, 2008 until January 25, 2008 pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) for the following reasons: excludeable time is necessary for continuity of counsel.

///

///

*Jew: Stipulation and Order Re: Excluding Time*                                    1

1    It is therefore stipulated between the parties that this

2 case be continued until January 25, 2008 for status.

3                              s/Stuart Hanlon
                              CSBN: 66104
4                              Attorney for Defendant
                              EDMUND JEW
5                              179 11th Street, 2nd Floor
                              San Francisco, CA 94103
6                              415/864-5600
                              stuart@stuarthanlonlaw.com

7

8                              s/Michael Li-Ming Wang
                              Assistant U.S. Attorney
9                              *(Signature approved by telephone)*
                              Office of The U.S. Attorney
10                             450 Golden Gate Avenue
                              San Francisco, California

11
         **IT IS SO ORDERED.**
12

13

14
Dated:_____
15                              _____
                              Hon. Judge Susan Illston
16                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28  *Jew: Stipulation and Order Re: Excluding Time*                    2