1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   EDMUND JEW

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00705 SI |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER RE MODIFICATION** |
| v. | ) **OF PRETRIAL RELEASE CONDITIONS** |
| EDMUND JEW, | ) |
| Defendant. | ) |

   GOOD CAUSE HAVING BEEN SHOWN,

   **IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from Phoenix, Arizona from Friday, February 1, 2008 through February 5, 2008 for business related matters. All other conditions of pretrial release remain the same.

Dated: _____    _____
                            MAGISTRATE ELIZABETH LAPORTE
                            UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

*JEW: Declaration of Counsel Re Request for Permission to Travel*    3