```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> EDMUND JEW, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-00705 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    The case is presently set for January 18, 2008 for status. This matter was set prior to my association of counsel in this case. I have a dental surgery appointment which was scheduled sometime last year and is at 8:30 a.m. on that day. It is hereby requested that this matter be continued for one week.

    **IT IS HEREBY STIPULATED** by the parties that time shall be excluded from January 18, 2008 until January 25, 2008 pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) for the following reasons: excludeable time is necessary for continuity of counsel.

///

///

*Jew: Stipulation and Order Re: Excluding Time*    1

It is therefore stipulated between the parties that this case be continued until January 25, 2008 for status.

                        s/Stuart Hanlon
                        CSBN: 66104
                        Attorney for Defendant
                        EDMUND JEW
                        179 11th Street, 2nd Floor
                        San Francisco, CA 94103
                        415/864-5600
                        stuart@stuarthanlonlaw.com

                        s/Michael Li-Ming Wang
                        Assistant U.S. Attorney
                        *(Signature approved by telephone)*
                        Office of The U.S. Attorney
                        450 Golden Gate Avenue
                        San Francisco, California

**IT IS SO ORDERED.**

Dated:_____
                        Hon. Judge Susan Illston
                        United States District Judge

Case 3:07-cr-00705-SI   Document 25   Filed 01/04/2008   Page 3 of 3