```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br> v.<br><br>EDMUND JEW,<br><br>        Defendant. | No.  CR 07-00705 SI<br><br>**AMENDED DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1.  I am an attorney duly licensed to practice law in the State of California and before this Court. I am the attorney of record for the defendant herein, Edmund Jew.

2.  On January 11, 2008, The Hon. Magistrate Judge Elizabeth D. Laporte approved and signed an Order modifying Mr. Jew's pretrial release conditions to allow him to travel to Phoenix, Arizona from San Francisco on February 1, 2008 through February 5, 2008. (Said declaration and Order are incorporated herein.)

3.  However, due to a high demand for airfare and lodging in Phoenix, Arizona for the weekend of February 1 through 4, 2008,

*JEW: Declaration of Counsel Re Request for Permission to Travel*    1

due to the Superbowl, Mr. Jew was unable to obtain airfare and lodging.  He was able to obtain airfare for January 26 through January 29, 2008, one week prior to the authorized travel request.

    4.  Assistant U.S. Attorney Michael Li-Ming Wang and Pretrial Services Officer Tim Elder had no objection to Mr. Jew's travel request.  I have advised them of the change of itinerary.

    5.  It is therefore requested that Mr. Jew be allowed to travel on January 26, 2008 from San Francisco, California to Phoenix, Arizona.  He will return to San Francisco on or about January 29, 2008.

Executed this 22nd day of January 2008, at San Francisco, California.

                                          s/Stuart Hanlon, CSBN: 66104
                                          Attorney for Defendant
                                          EDMUND JEW
                                          179 - 11th Street, 2nd Fl,
                                          San Francisco CA 94103
                                          415/864-5600
                                          stuart@stuarthanlonlaw.com

*JEW: Declaration of Counsel Re Request for Permission to Travel*          2

STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No.  CR 07-00705 SI |
|            Plaintiff, | ) **AMENDED** **[PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
|   v. | ) |
| EDMUND JEW, | ) |
|            Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from Phoenix, Arizona from Saturday, January 26, 2008 through January 29, 2008 for business related matters.  All other conditions of pretrial release remain the same.

Dated: _____        _____
                                  MAGISTRATE ELIZABETH D. LAPORTE
                                  UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Request for Permission to Travel*                    3