STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No.  CR 07-00705 SI |
| | ) **AMENDED** |
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE MODIFICATION |
| | ) OF PRETRIAL RELEASE CONDITIONS |
| v. | ) |
| | ) |
| EDMUND JEW, | ) |
| | ) |
| Defendant. | ) |
| | ) |
|_____ | ) |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release
and as part of his conditions of pretrial release, shall be
allowed to travel to and from Phoenix, Arizona from Saturday,
January 26, 2008 through January 29, 2008 for business related
matters.    All other conditions of pretrial release remain the
same.

Dated:  1/23/08 _____          _____
                                          MAGISTRATE ~~ELIZABETH D. LAPORTE~~
                                          UNITED STATES DISTRICT COURT
                                          EDWARD M. CHEN