**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date 1/25/08

Case No.   CR-07-0705 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDMUND JEW (NC)(P)

Attorneys:   M. Wong. T. Brown           S. Gruel

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)  Status- HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                              PART

Case continued to

Case continued to **3/21/08 @ 11:00 a.m.**   for Trial Setting/Motions (re: conflict w/prior counsel) (Motion due 2/19/08, Opposition 3/11/08, Reply 3/14/08 )

Case continued to  @   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:         Delay ends: 2/19/08**
(      AUSA to draft order           )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )