```
 1  JOSEPH P. RUSSONIELLO (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  MICHAEL LI-MING WANG (CSBN 194130)
    TRACIE L. BROWN (CSBN 184339)
 5  Assistant United States Attorneys

 6      450 Golden Gate Avenue Box 36055
        San Francisco, CA 94102
 7      Telephone: (415) 436–6767
        michael.wang@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00705 SI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | EXCLUDING TIME FROM JANUARY 25, |
| ) | 2008 TO FEBRUARY 19, 2008 FROM THE |
| EDMUND JEW, ) | SPEEDY TRIAL ACT CALCULATION (18 |
| ) | U.S.C. § 3161(H)(8)) |
| Defendant. ) | |
| ) | |

The parties appeared before the Court on Friday, January 25, 2008. At that time, the parties reported on the status of discovery, and jointly requested a briefing schedule on a motion to dismiss that counsel for the defendant currently intends to file. The parties further stipulated and agreed as follows:

1.  The parties agreed to an exclusion of time under the Speedy Trial Act from January 25, 2008 to February 19, 2008, in light of the need for the defendant's counsel to review discovery, hire translators for some of the discovery, and prepare a motion. Failure to grant the requested continuance would unreasonably deny defense counsel

Case 3:07-cr-00705-SI    Document 30    Filed 01/31/2008    Page 2 of 3

reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant, and would deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

      2.      The parties agreed to the following briefing schedule:

| | |
|---|---|
| Defendant's Opening Brief: | February 19, 2008 |
| Government's Opposition: | March 11, 2008 |
| Defendant's Reply Brief: | March 14, 2008 |
| Hearing: | March 21, 2008 |

The filing of the motion will result in an automatic exclusion of time from February 19, 2008 to March 21, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F).  The parties further agreed that if the defendant ultimately chooses not to file the anticipated motion, they will contact the Court to set another status date well prior to the March 21, 2008 hearing date.

      3.      Given these circumstances, the Court found that the ends of justice served by excluding the period from January 25, 2008 to February 19, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Respectfully submitted,

Date:   1/28/08                       /s/
                                           MICHAEL LI-MING WANG
                                           Assistant United States Attorney

Date:   1/31/08                       /s/
                                           STUART F. HANLON
                                         Counsel for Defendant Edmund Jew

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00705 SI      2

1 **[PROPOSED] ORDER**

2    Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that
3 the parties appear for a motion hearing on February 19, 2008, at 11:00 a.m.  It is further
4 ordered that, with the consent of the defendant, the period from January 25, 2008, to
5 February 19, 2008, is excluded from Speedy Trial Act calculations under 18 U.S.C.
6 § 3161(h)(8)(A) & (B)(iv), as the ends of justice served by excluding that time outweigh
7 the best interest of the public and the defendant in a speedy trial and the prompt
8 disposition of criminal cases.

9

10    DATED: _____            _____
11                                          THE HON. SUSAN ILLSTON
                                            United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28