```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDMUND JEW,<br><br>　　　　Defendant. | No. CR 07-0705 SI<br><br>**SUBSTITUTION OF ATTORNEYS** |

ED JEW, defendant herein, hereby substitutes STUART HANLON of the LAW OFFICES OF STUART HANLON, 179 11th Street, San Francisco, CA 94103 (415)864-5600 in place and stead of his present attorney, STEVEN GRUEL, of the LAW OFFICE OF STEVEN GRUEL, as his attorney of record.

Dated: February 26, 2008

　　　　　　　　　　　　　　　　/s/ (signature)
　　　　　　　　　　　　　　　　EDMUND JEW

I accept the foregoing substitution.

Dated: February 26, 2008　　　　s/Stuart Hanlon, CSBN: 66104
　　　　　　　　　　　　　　　　Attorney for Defendant EDMUND JEW
　　　　　　　　　　　　　　　　179 11th Street, 2nd Floor
　　　　　　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　　　　　　415/864-5600

*Jew: Substitution of Attorney*　　　　　　　　　　　　　　　　　　　　　　　　　1