# DECLARATION OF LELAND Y. YEE, PH.D.

```
1  JOSEPH P. RUSSONIELLO
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MICHAEL LI-MING WANG (CSBN 194130)
   TRACIE L. BROWN (CSBN 184339)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue Box 36055
      San Francisco, CA 94102
7     Telephone: (415) 436–6767
      Facsimile:  (415) 436-7234
8     michael.wang@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00705 SI |
| Plaintiff, | |
| | DECLARATION OF LELAND Y. YEE, PH.D. |
| v. | |
| EDMUND JEW, | Date:  March 21, 2008<br>Time:  11:00 a.m. |
| Defendant. | |

I, LELAND Y. YEE, Ph.D., hereby declare as follows:

1. I am a member of the California State Senate, representing District 8, which includes San Francisco and San Mateo. I have been a State Senator since 2006. Between 2002 and 2006, I served as a member of the California State Assembly. Prior to that, I was a member of the San Francisco Board of Supervisors, representing District 4 (the Sunset District), from 1996 until 2002.

DECLARATION OF L. YEE, PH.D.
CR 07-00705 SI

2. I have known Edmund Jew since approximately 1996, when he volunteered during my campaign for the San Francisco Board of Supervisors. He later worked for me when I ran for and was elected to the State Assembly.

3. Although I supported Jew when he ran for the San Francisco Board of Supervisors in 2002, I did not endorse him during his run in 2006. Nonetheless, I do not consider him a political enemy or adversary, merely a politician with a different viewpoint than mine.

4. I have known Steven Gruel since he was a federal prosecutor. I met him through community events involving the Sunset District, and I have never had an attorney-client relationship with him.

5. I originally learned of the allegations against Edmund Jew from Jaynry Mak, who had run against Jew for the District 4 Board of Supervisors seat in 2006. Because I felt that the information should be passed on to people who could investigate it as quickly as possible, I first attempted to contact Dennis Herrera, the City Attorney for San Francisco. As Mr. Herrera was unavailable, my next thought was to contact the FBI. However, because I did not know how or whom to contact at the FBI, I called Steven Gruel, who I knew was formerly a federal prosecutor, believing that he would have some idea how best to pass on the information to the FBI.

6. I do not know, nor have I ever had any sort of relationship with, either the owners or the supplier of the Quickly stores. I have no personal knowledge of any of the allegations against Jew.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2008, in Sacramento, California.

LELAND Y. YEE, PH.D.
California State Senator