# DECLARATION OF STEVEN F. GRUEL

Case 3:07-cr-00705-SI   Document 38   Filed 03/11/2008   Page 1 of 3

```
 1  RICHARD ZITRIN (SBN 63300)
    PAUL A. FRASSETTO (SBN 114802)
 2  ZITRIN & FRASSETTO, LLP
    535 Pacific Avenue
 3  San Francisco, CA 94133
    Telephone: (415) 354-2700
 4  Facsimile: (415) 354-2719

 5  Attorneys for Defendant STEVEN F. GRUEL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDMUND JEW,<br><br>　　　　Defendant. | Case No. CR-07-0705-SI<br><br>**DECLARATION OF STEVEN F. GRUEL**<br><br>Courtroom: The Honorable Susan Illston |

I, STEVEN F. GRUEL, hereby declare as follows:

1.　I am a United States citizen, over the age of 21, and competent to testify to the matters stated herein. I have personal knowledge of the facts set forth herein.

2.　I am an attorney duly licensed to practice before the courts of the State of California and the United States District Court for the Northern District of California.

3.　I am Defendant Edmund Jew's former lawyer in this matter. As such, I will not provide arguably confidential or privileged information to this Court without first consulting my counsel and without first having my counsel discuss the matter with Mr. Jew's current counsel.

-1-

DECLARATION OF STEVEN F. GRUEL

1  4. Leland Yee has never been my client and I have never represented him or advised him in my capacity as a lawyer. Jaynry Mak has never been my client and I have never represented her or advised her in my capacity as a lawyer.

I declare that the foregoing is true and correct, that I know the matters herein of my own personal knowledge, and that this Declaration is executed on the 27th day of February, 2008, in San Francisco, California.

_____
Steven F. Gruel

-2-

DECLARATION OF STEVEN F. GRUEL