**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date 3/21/08

Case No.   CR-07-0705 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDMUND JEW (NC)(P)

Attorneys:   M. Wong. T. Brown            S. Hanlon

Deputy Clerk: Tracy Sutton  Court Reporter: K. Wyatt

**PROCEEDINGS**

1) Defts. Motion to Request Evidentiary Hearing - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( X) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED                                              PART

Case continued to

Case continued to

Case continued to **6/24/08 @ 3:30 P.M.**   for Pretrial Conference

Case continued to **7/7/08 @ 8:30 a.m.**  for Trial (Court/Jury: 3 ½ weeks)

Category of Excludable Delay:    Effective Preparation
**Delay begins:          Delay ends: 7/7/08**
(     AUSA to draft order              )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )