**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date 4/4/08

Case No.   CR-07-0705 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- EDMUND JEW (NC)(P)

Attorneys:

Deputy Clerk: Tracy Sutton  Court Reporter:

**PROCEEDINGS**

1) Deft's CJA Request - Referred to Magistrate-Judge (NOT LARSON)

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( X) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED                                                PART

Case continued to

Case continued to

Case continued to   for Pretrial Conference

Case continued to   for Trial (Court/Jury: 3 ½ weeks)

Category of Excludable Delay:
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )