JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MICHAEL LI-MING WANG (CSBN 194130)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6767
    michael.wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>  v.  )<br>EDMUND JEW,  )<br>       Defendant.  )<br>_____ ) | No. CR 07-00705 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 21, 2008 TO JULY 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(H)(8)) |

     The parties appeared before the Court on Friday, March 21, 2008, for the hearing on the Defendant's Motion for Request for Evidentiary Hearing, filed on February 19, 2008. At that time, the Court denied the Motion and set a trial date of July 7, 2008. The parties stipulated and agreed as follows:

     1.    The parties agreed to an exclusion of time under the Speedy Trial Act from March 21, 2008 to July 7, 2008, in light of the need for the defendant's counsel to review discovery, do additional translations, and prepare for what is expected to be a three-week trial. Failure to grant the requested continuance would unreasonably deny defense

1  counsel reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence and the need for counsel to review the discovery with the
3  defendant, and would deny the defendant continuity of counsel. 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5      2.   Given these circumstances, the Court found that the ends of justice served
6  by excluding the period from March 21, 2008 to July 7, 2008 outweigh the best interest of
7  the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
8      IT IS SO STIPULATED.

                                    Respectfully submitted,

Date:   4/3/08                       /s/
                                    MICHAEL LI-MING WANG
                                    TRACIE L. BROWN
                                    Assistant United States Attorneys


Date:   4/4/08                       /s/
                                    STUART F. HANLON
                                    Counsel for Defendant Edmund Jew

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00705 SI                    2

1 **[PROPOSED] ORDER**

2  Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that,
3 with the consent of the defendant, the period from March 21, 2008, to July 7, 2008, is
4 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
5 as the ends of justice served by excluding that time outweigh the best interest of the
6 public and the defendant in a speedy trial and the prompt disposition of criminal cases.

7
8 DATED: _____    _____
9                             THE HON. SUSAN ILLSTON
                              United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28