STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND JEW, <br><br> Defendant. | No. CR 07-00705 SI <br><br> **DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR CJA FUNDS** |

Defendant Edmund Jew through his counsel, hereby requests that this Court withdraw Defendant Jew's original request for CJA funds to pay for translation of audio taped statements.

Accordingly, it is requested that the hearing on this matter presently set for April 23, 2008, be taken off calendar.

                                              s/Stuart Hanlon
                                              CSBN: 66104
                                              Attorney for Defendant
                                              EDMUND JEW
                                              179 11th Street, 2nd Floor
                                              San Francisco, CA 94103
                                              415/864-5600
                                              stuart@stuarthanlonlaw.com

*Jew: Motion to Withdraw Request for CJA Funds*                                       1

*Jew: Motion to Withdraw Request for CJA Funds*   2