**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date 6/26/08

Case No.   <u>CR-07-0705  SI</u>                     Judge:  <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>EDMUND JEW (NC)(P)</u>

Attorneys:  <u>M. Wong. T. Brown</u>          <u>S. Riel sp. for S. Hanlon</u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>K. Wyatt</u>

**PROCEEDINGS**

1) <u>Status - HELD</u>_____
2) _____
3) _____
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                     PART

Case continued to

Case continued to

Case continued to **10/28/08 @ 3:30 P.M.**   for Pretrial Conference

Case continued to **11/10/08 @ 8:30 a.m.**  for Trial (Court/Jury: 3  weeks)

**Category of Excludable Delay:    Effective Preparation/ Cont. Of Counsel**
**Delay begins:          Delay ends:11/10/08**
(     AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )