```
 1  STUART HANLON, SBN: 66104
    LAW OFFICES OF STUART HANLON
 2  179 - 11th Street, 2nd Floor
    San Francisco, California 94103
 3  (415) 864-5600

 4  Attorney for Defendant
    EDMUND JEW
 5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR 07-00705 SI |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL IN** |
| ) | **SUPPORT OF REQUEST FOR** |
| v. ) | **MODIFICATION OF PRETRIAL RELEASE** |
| ) | **CONDITIONS** |
| ) | |
| EDMUND JEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the attorney of record for the defendant herein, Edmund Jew.

2. As part of Mr. Jew's pretrial release conditions, he is allowed to travel within the Northern District. Mr. Jew is a flower shop owner, which at times, calls for him to travel to the Eastern District for deliveries. Therefore, as part of his current employment situation, Mr. Jew is requesting permission to include the Eastern District to travel for work.

3. Mr. Jew has had no incidents while on pretrial release.

*JEW: Declaration of Counsel Re Modification of Pretrial Release*                                  1

1    4.   Assistant U.S. Attorney Michael Li-Ming Wang and
2 Pretrial Services Officer Josh Libby have no objection to Mr.
3 Jew's request to include the Eastern District in his travel for
4 purposes of pretrial release conditions.
5    5.   It is therefore requested that the Eastern District of
6 California be included in Mr. Jew's pretrial release conditions.
7    Executed this 9th day of July 2008, at San Francisco,
8 California.

```
                              s/Stuart Hanlon, CSBN: 66104
                              Attorney for Defendant
                              EDMUND JEW
                              179 - 11th Street, 2nd Fl,
                              San Francisco CA 94103
                              415/864-5600
                              stuart@stuarthanlonlaw.com
```

*JEW: Declaration of Counsel Re Modification of Pretrial Release*                    2

```
STUART HANLON, SBN: 66104
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00705 SI |
| Plaintiff, ) | **[PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| EDMUND JEW, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to the Eastern District of California without restrictions for purposes of work. All other conditions of pretrial release remain the same.

Dated: _____    _____
                                  MAGISTRATE MARIA ELENA JAMES
                                  UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Modification of Pretrial Release*    3