```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 07-00705 SI |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL IN** |
| ) | **SUPPORT OF REQUEST FOR** |
| v. ) | **MODIFICATION OF PRETRIAL RELEASE** |
| ) | **CONDITIONS** |
| ) | |
| EDMUND JEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the attorney of record for the defendant herein, Edmund Jew.

2. Defendant is hereby requesting permission to travel with his family for purposes of a summer vacation to Lake Tahoe, California from August 18 to August 24, 2008. The address has been provided to Pretrial Services.

3. Assistant U.S. Attorney Michael Li-Ming Wang and Pretrial Services Officer Josh Libby had no objection to Mr. Jew's travel request.

*JEW: Declaration of Counsel Re Request for Permission to Travel*       1

1 | 4. It is therefore requested that Mr. Jew be allowed to travel on August 18, 2008 from San Francisco, California to Lake Tahoe, California with his family. He will return to San Francisco on or about August 24, 2008.

Executed this 15th day of July 2008, at San Francisco, California.

```
                              s/Stuart Hanlon, CSBN: 66104
                              Attorney for Defendant
                              EDMUND JEW
                              179 - 11th Street, 2nd Fl,
                              San Francisco CA 94103
                              415/864-5600
                              stuart@stuarthanlonlaw.com
```

*JEW: Declaration of Counsel Re Request for Permission to Travel*     2

```
 1  STUART HANLON, SBN: 66104
    LAW OFFICES OF STUART HANLON
 2  179 - 11th Street, 2nd Floor
    San Francisco, California 94103
 3  (415) 864-5600

 4  Attorney for Defendant
    EDMUND JEW
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR 07-00705 SI |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER RE MODIFICATION** |
| ) | **OF PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| ) | |
| EDMUND JEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from Lake Tahoe, California from August 18, 2008 through August 24, 2008 for purposes of a family vacation.  All other conditions of pretrial release remain the same.

Dated:  _____          _____
                                   MAGISTRATE MARIA-ELENA JAMES
                                   UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Request for Permission to Travel*                                3