STUART HANLON, SBN: 66104
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW

**FILED**
JUL 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> EDMUND JEW, <br> Defendant. | No. CR 07-00705 SI <br><br> [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to the Eastern District of California without restrictions for purposes of work. All other conditions of pretrial release remain the same.

Dated: 7-15-08

_____
MAGISTRATE MARIA ELENA JAMES
UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Modification of Pretrial Release*     3