```
 1  STUART HANLON, SBN: 66104
    LAW OFFICES OF STUART HANLON
 2  179 - 11th Street, 2nd Floor
    San Francisco, California 94103
 3  (415) 864-5600

 4  Attorney for Defendant
    EDMUND JEW
 5
```

**FILED**

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00705 SI |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| EDMUND JEW, | ) |
| Defendant. | ) |

I, Stuart Hanlon, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am the attorney of record for the defendant herein, Edmund Jew.

2. Defendant is hereby requesting permission to travel with his family for purposes of a summer vacation to Lake Tahoe, California from August 18 to August 24, 2008. The address has been provided to Pretrial Services.

3. Assistant U.S. Attorney Michael Li-Ming Wang and Pretrial Services Officer Josh Libby had no objection to Mr. Jew's travel request.

*JEW: Declaration of Counsel Re Request for Permission to Travel*                                    1

1    4.   It is therefore requested that Mr. Jew be allowed to
2 travel on August 18, 2008 from San Francisco, California to Lake
3 Tahoe, California with his family.  He will return to San
4 Francisco on or about August 24, 2008.
5    Executed this 15th day of July 2008, at San Francisco,
6 California.

                                  s/Stuart Hanlon, CSBN: 66104
                                  Attorney for Defendant
                                  EDMUND JEW
                                  179 - 11th Street, 2nd Fl,
                                  San Francisco CA 94103
                                  415/864-5600
                                  stuart@stuarthanlonlaw.com

*JEW: Declaration of Counsel Re Request for Permission to Travel*                    2