```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
EDMUND JEW
```

**FILED**

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> EDMUND JEW, <br> Defendant. | No. CR 07-00705 SI <br> [~~PROPOSED~~] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Jew, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from Lake Tahoe, California from August 18, 2008 through August 24, 2008 for purposes of a family vacation. All other conditions of pretrial release remain the same.

Dated: 7-18-08

MAGISTRATE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

*JEW: Declaration of Counsel Re Request for Permission to Travel*     3