```
1  Stuart Hanlon, SBN: 66104
   LAW OFFICES OF HANLON & RIEF
2  179 11th Street, 2nd Floor
   San Francisco, California 94103
3  Telephone: (415) 864-5600
   Facsimile: (415) 865-0376
4  email: stuart@stuarthanlonlaw.com

5  Attorney for Defendant
   EDMUND JEW
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR 07-0705-01 SI |
| Plaintiff,   ) | |
| ) | **ORDER RE EXONERATION** |
| vs.   ) | **OF BAIL** |
| ) | |
| EDMUND JEW,   ) | |
| ) | |
| Defendant.   ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that in the case of <u>United States v. Edmund Jew</u>, Case No. CR 07-0705 SI the real property be exonerated and the Clerk of the United States District Court shall take all steps necessary to reconvey the security and property posted by Edmund Jew and Lorene Chan, as Trustees of the Jew/Chan Family Trust U.D.T. Dated 2/18/2008, located at 2626 Sutter Street, San Francisco, California.

**IT IS SO ORDERED.**

DATE: 8/5/09

HON. JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

Order Re Exoneration of Bail                                                1